# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| GARY WILSON | CIVIL ACTION NO. 25-cv-918 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NORTHGATE CAJUN PALMS LLC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the matter be **REMANDED** to state court.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of February, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT